RE: IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 25 2015
Abel Acosta, Clerk

G-14-CV-376

63,775-21

T. FLORENCE, Petitioner

W. STEPHENS, Respondent

TO: THE TEXAS ATTORNEY GENERAL KEN PAXTON, STATE REPRESENTIVES, RODNEY ELLIS, JOHN WHITMIRE, HAROLD DUTTON, SYLVESTER TURNER, SENFORNIA THOMPSON AND STATE AND TEXAS CRIMINAL JUSTICE COMMITTEE

COMES NOW, PROSE, UNLAWFULLY AND IMPRISONED THOMAS FLORENCE, MOVE THE ATTORNEY GENERAL KEN PAXTON, IN THE INTREST OF JUSTICE AND DUE TO THE MISCARRIAGE OF JUSTICE, IMMEDIATELY REPLY TO THE FEDERAL JUDGE'S JUNE 16, 2015 ORDER.

PETITIONER, TEXAS TAXPAYER AND STUDENT MOVE MR. PAXTON TO REQUEST THAT THE FEDERAL COURT WITHOUT DELAY GRANT G-14-CV-376 2254. FN1

SEE, NIX v. STATE, 65 SW3d 664, 668 (TEX. CRIM. APP. 2001), CITING JOHNSON v. ZERBST, 458 S.CT. 1019, 1024-1025 (1938); CUILS v. U.S. 114 S.CT. 1732, 1737 (1994), THE JUDGMENT OF CONVICTION IS VOID AND ONE IMPRISONED THERE UNDER MAY OBTAIN RELEASE

FN.1 SEE, G-12-CV-25, G-15-CV-127, R-15-CV-128 EXHIBITS, SEE T-12-CV-049 (14-11-069 5TH CIR.) EXHIBIT WITH 2254.

1

BY (ART. 11.07; 10CR1217-83-1, 10CR1217-83-2, 10CR1217-83-3, 10CR1217-83-4, 10CR1217-83-5, 10CR1217-83-6, 10CR1217-83-7) HABEAS CORPUS (2254).

SEE BELCHER v. STATE, 93 SW3d 593, 601 (TEX. APP. HOUSTON 14 DIST. 2002) (GALVESTON CO. HABEAS) HELD THAT AN ATTORNEY HAS A AFFIRMATIVE DUTY TO CORRECT THE MISSTAKEN BELIEF (FALSE IMPRESSION) ON CRUCIAL FACTS.

ATTORNEY GENERAL KEN PAXTON, NOW HAS A AFFIRMATIVE (U.S.C.A. 1ST, 4TH, 8TH, 14TH) DUTY TO TELL THE FEDERAL COURT WITHOUT UNDUE DELAY THAT THE PETITIONER' FALSE AND UNLAWFUL ARREST ON APRIL 22, 2010 WAS NOT CARRIED OUT ENb. IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS NOR AGAINST THE PEACE AND DIGNITY OF THE STATE. THE GALVESTON COUNTY DISTRICT ATTORNEY' ENVOLVED IN THIS CASE SINCE 2010 KAYLA M. ALLEN, REBECCA W. RUSSELL, BRANDON SIMS, 1st ASST. DONNA CARMEN, JACK ROADY, BILL REED, ROGER EZELL, KURT SISTRUNK, KATHLEEN M. SHARP, JAMES R. CAMPBELL (FIRED SEE GALVESTON DAILY NEWS PAPER 9-29-2012, 10-3-2012) TON. J. HAC RELEASED (SEE. J.J. NEWSPAPERS) REBECCA KLA REN, (SPECIAL PROSECUTOR ON HABEAS) ALLEN C. ESBELL (HOUSTON TX). ALL FAILED IN THAT 2, ART. 1.23, 45.01, 9(a)(A)(7).

2

IN THE STATE (TRIAL, APPEAL PROHIBITS LOCATION 83-1 thru -10 LOCATION 83-6) COURT PROCEEDINGS.

THE STATE ARGUED FALSE MISREPRESENTATIONS OR FALSE IMPRESSIONS OR FALSE ARGUMENTS THAT THE WARRANT VIA COMPLIANT FOR ARREST SEARCH WARRANT 2010-13787 DID NOT HAVE TO COMPLY WITH ART. 1.23, 45.019(a)(4)(D) OR ARGUED OR TESTIFIED VIA DI AGENT HOLLY JOHNSON; HELD OR SUBJECT THAT THIS 4-22-2010 COMPLAINT COMPLIED WITH ART. 1.23, 45.019(a)(4)(D).

THE HOUSTON 1ST COURT OF APPEAL FOLLOWED THE STATES FALSE VIA THE REPLY TO ISSUE #3 BY STATING A COMPLAINT IN FORMAL DOES NOT HAVE TO COMPLY WITH ART. 1.23, 45.019(a)(4)(D).

THE APPEAL COURT USED SEARCH WARRANT 2010-13787 ON ISSUE #3 TO DENY APPEAL/RELEASE. SAID SEARCH WARRANT EXACT SAME RELEASE 2010-13787 WARRANT SEARCHING, INVOICING DOCUMENT WAS THE ISSUE #3 ON APPEAL THAT DID NOT COMPLY WITH ART. 1.23, 45.019(a)(4)(D) ALLEGED TO HAVE BEEN SEARCHING EVIDENCE IN INVENTORY ART. 18.2 WOULD BE SIMILAR. (SEE I.C.S.? ART. 15.20) MY MOTHER OBTAIN PROOF THAT NO SUCH DOCUMENTS ART. 1.23, LOCATION 83-1, 18.04 2010 PRIOR TO CONVICTION NEVER SENT TO C.C.A. (LOCATION 83-3 STATE REPLY) JORDAN v. ST. 54 S.W.3d 783, 3 786 CTY. CIR. 2000).

ARE FILED THERE NOR IS ON FILE THERE, BUT I POSSES (SEE G-14 CV-376, 10CR1217-83-3-4 EXHIBIT'S ART. 11.07) SUCH DOCUMENTS FILED STAMPED THERE.

AS I POINTED OUT DET. HOLLY JOHNSON AND OFFICER JOSHEPH DUER (NOW HENDERSON TX. P.D) FORGED THE J.P. CT. #1 MAGESTRATE'S NAME.

THIS MAGISTRATE 7-29-2011 FRANKS HEARING, REFUSE TO SIGN OR WRITE HIS NAME ON SOMETHING TO VERDAY HE SIGNED SAID DOCUMENTS.

AS I POINTED OUT OTHER INMATES ARREST DOCUMENTS SIGNED BY HIM SIGNATURE IS TOTALLY DIFFERENT FROM WHAT'S ON GR H 2010-13986 DOCUMENTS.

THIS JUDGE KNEW THAT HE WOULD NOT O.K. SIGNED I.d. DOCUMENT THAT WAS NOT IN PROPER FORM ART. 1.23; 45.019 (a)(4) [1]. SEE ADAMS v. STATE, 683 SW2d 525, 529, (TEX. APP. DALLAS 1984), CITING LEON, 341 7-3418 FN4 SEE, EXPARTE COOPER, 589 SW2d 130, 131 (TEX CRIM. APP. 1979) (ENBANC) RELIEF GRANTED. THE COMPLETE OMISSION OF ART. 1.23 IS CONTROLLED BY LONG STANDING PRECEDENTS.

FN 4. PRO SE. BREF. P. 28 (10-5-2012)

4

THE STATE COURT'S ARBITRARILY REFUSE TO ADDRESS ISSUES OR MISSTATED ISSUE #3 (POINTED OUT IN MY REPLY BRIEF) TO AVOID GRANTING MY APPEAL AND ALL THE STATE COURT'S INTENTIONALLY AND KNOWINGLY TURNED A BLIND EYE TO THE ACTIONS OF THE GALVESTON COUNTY D.A.'S OFFICE AND AGENTS HAS APPROVED OF MY ILLEGAL AND UNLAWFUL CHARGING, ARREST AND IMPRESONMENT BASED OFF OF FALSIFIED, DEFECTIVE G107 2010-13986, CHARGING AND ARREST AND INDICTMENT INSTRUMENT (USED 7-14-2010 TO OBTAIN THE 7-14-2010 INDICTMENT NO TESTIMONY FROM NO ONE (R.R. VOL. 5 of 9 P.176 ADMITTED TO BY TRIAL COURT FORMER A.D.A. AND NO OBJECTION FROM THE 3. TRIAL A.D.A. THE STATE COURT HAS DISCRIMINATE AGAINST A AFRICAN AMERICAN PRO SE TEXAS TAX PAYER AND STUDENT BY STEADY TURNING A BLIND EYE TO MY ILLEGAL AND FALSE ARREST AND IMPRESONMENT FOR 5½ YRS. NOW AND FORCING ME TO THE FEDERAL FORUM, SEE, EVANS. v. CAIN, 577 F3d 620 (2009), ALSO SEE N.J.C.J. STATE. 664, 608 SUPRA; FLORES v. STATE 2013 TEX. APP. LEXIS 11426 1 St CT. APP. (SAME, 01-11 00622 CR JUSTICES)

5

SEE ALSO EX PARTE MOSS, 446 SW3d 786 (TEX. CRIM. APP. 2014) CITING NIX, 664, 665, SUPRA.

SEE, BELCHER, 601, SUPRA CITING, BURLEY v. CABANA, 818 F2d 414, 417-418 (5TH CIR. 1987), (A LAWYER (ATTORNEY GEN. KEN PAXTON) HAS (A AFFIRMATIVE DUTY TO CORRECT THE (STATE COURTS) (NOW TELL THE FEDERAL COURT) MISTAKEN (FALSE) BELIEF ON CRUCIAL FACTS.

(THAT GPD # 2010-13986, SUPRA COMPLAINT IS VOID.

THIS OFFICE HAS A DUTY TO INVESTIGATE THE FABRICATION OF BEN TAUB HOSTON D.C. HOSPITAL RECORDS AND OTHER FABRICATED DOCUMENTS AND EVIDENCE AND FORMER, (NOW (RE-LEASED) PAROLE OFFICER ELLEN YARBROUGH WHO CONSPIRED AND ASSISTED IN MY 1ST FALSE ARREST 3-26-27-10 ON UNSIGNED FALSE PAROLE ARREST DOCUMENTS TO HOLD ME WITH NO BOND FOR GPD. C. GARCIA II. SEE 2254 7.1a. 61-49 (5 CIR. 14 ? (69) ROBUST.

I'M REQUESTING HOUSTON STATE REP. REVIEW AND INVESTIGATE THE ALTERED HOSPITAL SCRATCHED OUT RECORDS (FBISD 1st COMP. #1 COUNTY EXHIBITS 9-13-2012. MED. B.H COMP. ? 7a0240. UNDER PENALTY OF PERJURY RESPECTFULLY SUBMITTED. PRO SE 6-1-15 Shamotley

ATTORNEY GENERAL OF TEXAS
KEN PAXTON
P.O. BOX 12308
AUSTIN, TX. 78711

JUNE 19, 2015

RE: VIOLATION OF ACCESS TO COURTS AND CONSPIRACY TO HINDER OR IMPEDE ACCESS TO COURT' RIGHTS.

RE: CIVIL NO. G-11-134 (FLORENCE V. G.V.D. C. GARCIA III, ET AL SET FOR TRIAL SEPT. 28, 2015)

SEE, LEWIS V. CASEY 518 U.S 343, 355 (1996), HUDSON V. PALMER, 468 U.S 517, 523 (1984), THE SUPREME COURT HAS STATED THE RIGHT TO ACCESS TO IS NOT ONLY A FREESTANDING RIGHT TO A LAW LIBRARY OR LEGAL ASSISTANCE, OFFICIALS CAN USE A VARIETY OF METHODS TO ENABLE PRISONER'S TO CIVIL SUIT ETC.

NOTICE INTENT TO SUE T.D.C.J. CONTRACTED TEX. TECH. UNIV. AND TDCJ MARED UNIT MED. DIR. AND STAFF, FOR IMPLEMENTING UNICLE-GAL METHOD, PRACTICE TO DENY OR DELAY TURNING OVER MEDICAL RECORDS THAT' BEEN PAID FOR AND FAILING TO TURN OVER SAID RECORDS UNRELATED TO TDCJ.

THESE RECORDS ARE FOR TRIAL AND MS. KLUSEMORE STATED ONCE THE FUNDS WAS RECIEVED I WOULD RECIEVE MY

SEE. GRIEVANCE NO. 2015148589 WITH
EXH's A1-A3 ATTACHED ON FILE.

MY MOTHER CONTACTED HUNTSVILLE AND
WAS TOLD THAT UNIT MEDICAL DOES
NOT HAVE TO WAIT ON APPROVAL FR-
OM US TO TURN OVER THE MEDICAL
~~SERIP~~ RECORDS THAT' BEEN PAID FOR.
IT' BEEN a FULL MONTH' AND UNIT
MEDICAL CONTINUED TO GIVE THIS FALSE
REPLY.
HUNTSVILLE TOLD MY MOTHER TO WRITE
YOUR OFFICE.
I'M REQUESTING MY PAID FOR RECORDS
FOR LITIGATION IMMIDIATELY TURNED
OVER. dc Shawn Hale 6-19-15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

T. FLORENCE, Petitioner                    G-14-CV-376

W. STEPHENS, Respondent

MOTION TO COURT AND RESPONDENT TO
TAKE MANDATORY F.R.E. 201 JUDICIAL
NOTICE, EXHIBIT A1, ART. 11.07 N!
11.071(a)(7)-83-7

COMES NOW PRO SE PETITIONER TO MOVE THE
COURT TO LIBERALLY CONSTRUE HIS PRO SE
PLEADINGS, HAINES, 404 US 519, 520 (1972)
PETITIONER, MOV. COURT TO TAKE F.R.E. 201
JUDICIAL NOTICE OF EXHIBIT A1A-A1B, ART.
11.07 11.071(a)(7)-83-7, UNJUST ARBITRARY
DENIAL FOR ART. 11.07 SEC. 4 (a)(c), AGAIN
BY STATE COURTS TO AVOID ADDRESSING
THE MERITS TO 11.071(a)(7)-83-7, WHICH IS
COGNIZABLE UNDER ART. 11.07, EX PARTE
YOUNG (CR. APP. 1967) 418 SW 2d 284, EX PARTE
CLUBB, (CRIM. APP. 1950) 155 TEX. CRIM
285, SW 2d 874, PEARSON v. STATE, 14-13-0077-
CR, (TEX. APP. HOUSTON 14TH D.V. 2014),
CITING LEVY, 818 SW 2d 801, LAPORTE, 840
SW 2d AT 415, (COCO4 SW 2d 53),

1

SEE EXPARTE MOSS, 466 SW3d 786 (TEX. CRIM. APP. 2014) CITING NIX V. STATE, 65 SW3d 664, 668 (TEX. CRIM. APP. 2001).

THE PETITIONER ATTEMPTED AGAIN TO GIVE THE STATE COURTS THE FULL AND FAIR ~~(PROPER)~~ OPPORTUNITY TO PROTECT PETITIONER FEDERAL RIGHTS (U.S.C.A 4TH. 14TH) AND GRANT RELIEF AND ORDER HIM RELEASED FROM HIS UN-LAWFUL IMPRISONMENT. SEE COLEMAN V. THOMPSON, 111 S. CT. 2546 2555, 2563, 2564 (1991).

SEE STATE V. ZORRILLA, 404 U.S 734, 737 N2 (TEX. APP. SANANTONIO 2013). SEE, EXHIBIT ~~XXXX~~ FROM CLERK OF SAN ANT-ONIO-SENT WRIT (1001217-53-7) TO GAL-VESTON COUNTY DISTRICT CLERK. SAID 1001217-53-7 AT 11.07 UNSEALING EXHIBITS ARE PROBATIVE AND MATERIAL TO EXHAUSTION. SEE MARCEL V. GLEN, 179 F3d 271, 274 (5TH CIR. 1999) CITING GREEN TEST. RESPECTFULLY SUBMITTED ~~SIG~~ 6-19-15 CERT. OF SERV. I THOMAS FLORENCE CERTIFY A TRUE & CORRECT COPY WAS SENT 6-19-15 TO ATTY. GEN. KEN PAXTON P.O. 12308 AUSTIN TX. 78711 ~~SIG~~

2

G-14-CV-376
(F.R.E.201

AB

AB

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

6/10/2015
FLORENCE, THOMAS WAYNE  Tr. Ct. No. 10-CR-1217-83-7  WR-63,775-21
The Court has dismissed without written order this subsequent application for a writ
of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).
Abel Acosta, Clerk

DISTRICT ATTORNEY GALVESTON COUNTY
JACK ROADY
600 59TH STREET SUITE 1001
GALVESTON, TX 77551
* DELIVERED VIA E-MAIL *

(ONLY ONE COPY OF A1A COVERLETTER)